

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00350-CR

ROELIO MADRIGAL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 67,505-E, Honorable Douglas Woodburn, Presiding

January 20, 2015

## ON ABATEMENT AND REMAND

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant Roelio Madrigal appeals his conviction for possession of a controlled substance and sentence of ten years' confinement in prison. His court-appointed appellate counsel, Steven M. Denny, has filed a motion to withdraw from the representation. His motion states he has learned that appellant is a witness for the trial of another of Mr. Denny's clients, creating an "irreconcilable" conflict of interest.

We grant Mr. Denny's motion to withdraw. We abate the appeal and remand the cause to the trial court. On or before February 6, 2015, the trial court shall appoint new

counsel to represent appellant in this appeal. The written order appointing new counsel shall include the name, postal service and e-mail addresses, telephone number, and state bar number of the newly-appointed counsel. A copy of the order appointing new counsel shall be included in a supplemental clerk's record and filed with the clerk of this court on or before February 13, 2015.

It is so ordered.

Per Curiam

Do not publish.